# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **3:16-CR-85** |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **JEFFREY GUZMAN,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Guzman's Motion to Reduce Sentence Based on the First Step Act, construed as a Motion for Compassionate Release and Transfer to Home Confinement because of the COVID-19 pandemic, under §3582(c)(1)(A)(i), **(Doc. 340)**, is **DENIED**.

2. Insofar as Guzman is challenging the decision by the BOP that he is not eligible for home confinement designation under the CARES Act, his motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 5, 2020**
16-85-02-ORDER